OPINION — AG — ** PRECINCT OFFICIAL — DUAL OFFICE HOLDING ** UNDER OKLAHOMA LAW, SERVICE AS A COUNTY ELECTION PRECINCT JUDGE PROHIBITS SERVING ON THE COUNTY EXCISE BOARD WHEN SAID SERVICE AS PRECINCT OFFICIAL IMMEDIATELY PRECEDES APPOINTMENT TO THE EXCISE BOARD. CITE: 68 O.S. 1971 2457 [68-2457] 26 O.S. 1974 Supp., 2-124 [26-2-124], 26 O.S. 1974 Supp., 2-129 [26-2-129], 26 O.S. 1974 Supp., 2-131 [26-2-131] 51 O.S. 1971 6 [51-6], 26 O.S. 1974 Supp., 7-116 [26-7-116], 26 O.S. 1974 Supp., 7-125 [26-7-125], 26 O.S. 1974 Supp., 2-131 [26-2-131], 26 O.S. 1974 Supp., 7-107 [26-7-107], 26 O.S. 1974 Supp., 7-114 [26-7-114] (DANIEL GAMINO)